UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

In the Matter of:  Dickinson, Geoffrey and Jamie        Case No. 14-40668
                                                        Chapter 13
                                                        Judge:  Thomas Tucker

### ORDER REGARDING DEBTORS' FIRST POST CONFIRMATION PLAN MODIFICATION

IT IS HEREBY ORDERED that the Stipulation between the Chapter 13 Trustee, Tammy Terry and the Debtors', by and through counsel, Gallagher Sharp, on the Debtors First Post Confirmation Plan Modification will be entered as follows:

1. The Debtors' plan payment shall be increased to $2,267.61 bi-weekly effective January 1, 2015.

2. Debtors' will submit a wage order regarding said payments no later than December 31, 2014.

3. Upon obtaining a loan through Chrysler Financial for the 2011 Dodge Caravan in the amount of $18,762.74, Debtors' shall submit a Proof of Claim to the Court no later than thirty (30) days after obtaining the loan.

4. The Chapter 13 Trustee shall pay payments on the loan to Chrysler Financial secure by the 2011 Dodge Caravan in the amount of $442.28 as a class 4.1 claim during the remaining duration of the Debtors' Chapter 13 Plan.

5. The Chapter 13 Trustee, upon entry of a duly filed Proof of Claim on behalf of Chrysler Financial will begin issuing payments on the claim beginning February 1, 2015.

.

**Signed on December 09, 2014**

_____/s/ Thomas J. Tucker_____
Thomas J. Tucker
United States Bankruptcy Judge